From: Fax Family Practice R Fax: (888) 502-2050 | To: Carl Vest | Fax: +1 (501) 724-3305 | Page 1 of 1 10/08/2015 5:09 PM

Call us today! **(888) 791-8797**
Email us! meds@krsbio.com

**QUALITY IS OUR PROMISE.**



To opt-out of our available medication alerts:
email: opt-out@krsbio.com • Fax: 866.480.3322 • Call: 888.502.2050 Option 4

# IV Infusion Kits

# COMPLETE WITH BAGS, MEDICATION AND ALL COMPONENTS NEEDED TO START INFUSION

Pre and post activity solutions may improve performance and recovery.

- Vitamin B–Complex
- Amino Acids
- Calcium Gluconate (preservative free)
- Glutathione
- Methylcobalamin/ Vitamin B-12
- Ascorbic Acid

A full list of prepared medications is available upon request.



## ALL FORMULATIONS ARE:

- cGMP & GLP compliant
- Compounded for your facilities by pharmacists extensively trained in aseptic technique
- Prepared in an ISO 5 environment
- Composed of USP quality ingredients

At KRS, we test 100% of our sterile injectables for sterility, endotoxins, and potency while adhering to the FDA's Compounding Quality Act.





**(888) 791-8797**
meds@krsbio.com | www.krsbio.com



 MADE IN USA